UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EDDIE PARKER and GINA PARKER,

                Plaintiffs,

    -against-

NASSAU COUNTY, MICHAEL SPOSATO, in
his Individual and Official Capacity,

                Defendants.
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ FEB 2 4 2015 ★

LONG ISLAND OFFICE

ORDER
14-CV-7598 (SJF)(SIL)

FEUERSTEIN, District Judge:

Pursuant to the Court's May 20, 2013 Order of Consolidation, the Court has reviewed the instant complaint and finds that it relates to the subject matter of the Consolidated Action, *Reid, et al. v. Nassau County Sheriff's Department, et al.*, 13-CV-1192 (SJF)(WDW). Accordingly, this action shall proceed in accordance with the Order of Consolidation, a copy of which is annexed hereto. Since plaintiffs' financial status, as set forth in their respective declarations in support of their applications to proceed *in forma pauperis*, qualifies them to file the complaint without prepayment of the filing fees, see 28 U.S.C. § 1915(a)(1), the application to proceed *in forma pauperis* is granted.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

The Clerk of Court is directed to mail a copy of this Order and the Order of Consolidation to the *pro se* plaintiffs at their last known address.

Dated:    February 24, 2015
           Central Islip, New York

SO ORDERED.

s/ Sandra J. Feuerstein
_____
Sandra J. Feuerstein
United States District Judge